IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LINDA CALDWELL, B-07089, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-1417 |
| | ) |
| CHERYL EWING, THE PUBLICATION REVIEW COMMITTEE, VALERIE LARSON, WARDEN LYNN CAHILL-MASCHING, DONALD SNYDER, MELODY FORD, DUANE TUCKER, CENTRAL PUBLICATION REVIEW COMMITTEE, RAY LOVELL, DOROTHEY CALKIN, PATRICIA KUHSE, DORETTA O'BRIEN, LIEUTENANT JOHNSON, GLENN DAVIDSON, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

NOW COME the Defendants, CHERYL EWING, LYNN CAHILL-MASCHING, DONALD SNYDER, MELODY FORD, RAY LOVELL, PATRICIA KUHSE, and DON JOHNSON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, (Fed. R. Civ. P. 56), and hereby move this Honorable Court to enter summary judgment in favor of the Defendants. In support thereof, Defendants state as follows:

1. Plaintiff, an inmate incarcerated within the Illinois Department of Corrections, filed the instant action regarding events that occurred while she was in Dwight Correctional Center.

2. Plaintiff is unable to prove as a matter of law the personal involvement of Defendants Snyder, Cahill-Masching, Ewing, Ford, Lovell, Kuhse, and Johnson in the

denial of <u>Vibe</u>, <u>Source</u>, <u>Right On</u>, and <u>Sister 2 Sister</u> to the Plaintiff.

    3.  Plaintiff is unable to prove as a matter of law the personal involvement of Defendants Snyder, Cahill-Masching, Ewing, Ford, Lovell, Kuhse, and Johnson in the denial of legal mail or indigent envelopes to the Plaintiff.

    4.  Plaintiff is unable to prove as a matter of law the personal involvement of Defendants Snyder, Cahill-Masching, Ford, and Lovell in the handling of Plaintiff's mail.

    5.  Plaintiff is unable to prove as a matter of law that her First Amendment rights were violated when she was not allowed to have self-addressed stamped envelopes.

    6.  Plaintiff is unable to prove as a matter of law that her First Amendment rights were violated concerning the opening of her mail or her mail in general.

    7.  Defendants are entitled to qualified immunity.

    8.  A Memorandum of Law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court enter summary judgment in their favor and against the Plaintiff.

>Respectfully submitted,
>
>CHERYL EWING, LYNN CAHILL-MASCHING, DONALD SNYDER, MELODY FORD, RAY LOVELL, PATRICIA KUHSE, and DON JOHNSON,
>
>    Defendants,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>    Attorney for Defendants,
>
>By: s/Julie L. Morgan
>Julie L. Morgan, #6271352
>Assistant Attorney General
>Attorney for Defendants
>Office of the Illinois Attorney General
>500 South Second Street
>Springfield, IL  62706
>Telephone:  (217) 557-0261
>Facsimile:  (217) 524-5091
>jlmorgan@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LINDA CALDWELL, B-07089, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-1417 |
| | ) |
| CHERYL EWING, THE PUBLICATION REVIEW COMMITTEE, VALERIE LARSON, WARDEN LYNN CAHILL-MASCHING, DONALD SNYDER, MELODY FORD, DUANE TUCKER, CENTRAL PUBLICATION REVIEW COMMITTEE, RAY LOVELL, DOROTHEY CALKIN, PATRICIA KUHSE, DORETTA O'BRIEN, LIEUTENANT JOHNSON, GLENN DAVIDSON, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2005, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on August 22, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Linda Caldwell, B-07089
Dwight Correctional Center
23813 E. 3200 North Road
Dwight, IL 60420-5001

Respectfully submitted,
 s/Julie L. Morgan
Julie L. Morgan, #6271352
Attorney for Defendants
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
jlmorgan@atg.state.il.us